UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 25-CR- |
| v. | **25-CR-135** |
| SAMANTHA J. SHAWANOKASIC, | [18 U.S.C. § 1163] |
| Defendant. | **GREEN BAY DIVISION** |

---

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

Between on or about April 15, 2025, and on or about May 15, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**SAMANTHA J. SHAWANOKASIC**

did knowingly embezzle, steal, and convert to her own use over $1,000 of money, funds, and assets belonging to an Indian tribal organization, namely the Menominee Indian Tribe of Wisconsin, and did so with the intent to deprive the tribal organization of the use and benefit of that money.

In violation of Title 18, United States Code, Section 1163.

A TRUE BILL:

_____
FOREPERSON
Dated: 7-8-25

_____
RICHARD G. FROHLING
Acting United States Attorney